# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | ) | CASE NO.: 4:04CV148 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER AND DECISION** |
| | ) | |
| ANTHONY M. NIARHOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon representation of counsel, the above-captioned matter has been settled between the parties.  Therefore, the docket will be marked "settled and dismissed, without prejudice."  The parties may submit, within thirty (30) days, a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall amend this order. This Court retains jurisdiction over the settlement.

So ordered.

                                                   _s/ Judge John R. Adams_ 5/6/05
                                                   JUDGE JOHN R. ADAMS
                                                   UNITED STATES DISTRICT COURT